NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

KIM SCHUMANN, ESQ. (CSB No. 170942)
ERIC AREVALO, ESQ. (CSB No. 255725)
ANGELA J. DAILEY, ESQ. (CSB No. 278572)
SCHUMANN ROSENBERG & AREVALO LLP
3100 BRISTOL STREET, SUITE 100
COSTA MESA, CA 92626

ATTORNEY(S) FOR:  DEFENDANT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER <br><br> Plaintiff(s), <br> v. <br><br> NATIONAL CREDIT TENANT INVESTMENTS, LLC; AND DOES 1 THROUGH 10, Inclusive, <br> Defendant(s) | CASE NUMBER: <br><br> 2:20-cv-11460 JFW (PVCx) <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      NATIONAL CREDIT TENANT INVESTMENTS, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NATIONAL CREDIT TENANT INVESTMENTS, LLC | DEFENDANT |

2/22/2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

ANGELA J. DAILEY