UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT TENANT INVESTMENTS, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-11460-JFW (PVCx)<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
ORDER DISMISSAL WITH PREJUDICE

# ORDER

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and National Credit Tenant Investments, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs ad attorneys' fees.

IT IS SO ORDERED.

DATED: May 19, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE